# Morris James LLP

Carl N. Kunz, III
302.888.6811
ckunz@morrisjames.com

August 29, 2024

Molly C. Dwyer
Clerk of Court
United States Court of Appeals
for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

      **Re:** *In re Josefina Lopez, et al. v. Howard Ehrenberg, et al.*
            **Cases Nos. 23-55673, 23-55674, 23-55680, 23-55682; and**
            *In re Victoria Fire & Casualty Co., et al. v. Bejar, et al.*
            **Cases Nos. 23-2712; 23-2716**

Dear Ms. Dwyer:

      On August 23, 2024, the Court requested that the parties provide an update on settlement to the Court not later than August 30, 2024. This constitutes the parties' joint response:

      The parties are continuing to work through the documentation of the settlement and the motion to approve the settlement that will be filed with the Bankruptcy Court. Despite the parties' continuing and diligent efforts, and while the parties intend to file the motion to approve the settlement in the next week, it is unlikely that the Bankruptcy Court will hear the motion to approve the settlement before late September, 2024. Presuming that the Bankruptcy Court approves the settlement, by the time the Bankruptcy Court's order becomes final, and the settlement is fully consummated – including (i) dismissals of all appeals before the California State Court of Appeal, (ii) dismissal of all appeals pending before this Court, and (ii) satisfaction of the underlying state court judgment, it is unlikely that the settlement will be fully consummated before the October 10, 2024 merits arguments scheduled before this Court. Accordingly, the parties jointly request that the October 10, 2024 argument be re-calendared if possible for a hearing in December 2024 to allow the parties to complete the settlement and officially dismiss the pending appeals – and thus moot the need for argument.

500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801-1494 **T:** 302.888.6800 **F:** 302.571.1750
**Mailing Address** P. O. Box 2306 | Wilmington, DE 19899-2306 www.morrisjames.com

16915641/1

Molly C. Dwyer
Clerk of Court
August 29, 2024
Page 2

Morris James LLP

    Thank you for the Court's consideration.

Sincerely,

LAW OFFICE OF MICHAEL H. COLMENARES

/s/ Michael H. Colmenares
Attorney for Appellant Josefina Lopez

MORRIS JAMES LLP

/s/ Carl N. Kunz, III
Carl N. Kunz, III
Attorney for Appellant Victoria Fire and Casualty Company

LAW OFFICES OF BRADLEY E. BROOK, APC

/s/ Bradley E. Brook
Bradley E. Brook
Attorney for Appellee Howard M. Ehrenberg, Chapter 7 Trustee

BLC LAW CENTER, APC

/s/ Ahren A. Tiller
Ahren A. Tiller
Attorney for Appellees Eric and Christina Bejar

FENNEMORE LLP

/s/ James P. Hill
James P. Hill
Attorney for Appellee the California Court of Appeal

CNK/slr

16915641/1